IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | * | C.A. No.: 07-804 SLR |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **ENTRY OF APPEARANCE** |
| | * | |
| DELAWARE STATE UNIVERSITY, an institution of higher education and corporate body; ALLEN L. SESSOMS, individually and in his official capacity as President of Delaware State University; MARK FARLEY, individually and in his official capacity as Vice President for Human Resources and Legislative Affairs of Delaware State University; and DONALD HENRY, individually and in his official capacity as Vice President for Business and Finance of Delaware State University, | * | |
| Defendants. | * | |

TO:  Clerk
     U.S. District Court
     District of Delaware
     844 King Street, Room 4209
     Lock Box 18
     Wilmington, DE 19801

PLEASE ENTER the appearance of William D. Fletcher, Jr., Esquire, of Schmittinger & Rodriguez, P.A., as additional counsel for the Plaintiff in the above-captioned action.

                                        SCHMITTINGER & RODRIGUEZ, P.A.

BY: _/s/ William D. Fletcher, Jr._
     WILLIAM D. FLETCHER, JR.
     Bar Id No.: 362

BY: _/s/ Noel E. Primos_
     NOEL E. PRIMOS
     Bar Id No.: 3124
     414 S. State Street
     P.O. Box 497
     Dover, DE 19903
     (302) 674-0140
     Attorneys for Plaintiff

Dated: 2/11/08
WDF/ljo

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**ENTRY OF APPEARANCE**

to be served upon:

Kathleen Furey McDonough, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

by mailing copies and by e-filing at the address shown above, postage prepaid on  2/11/08  .

                            SCHMITTINGER & RODRIGUEZ, P.A.

                            BY: _____
                               WILLIAM D. FLETCHER, JR.
                               Bar ID #362
                               414 South State Street
                               P.O. Box 497
                               Dover, DE 19903
DATED: 2/11/08                  (302) 674-0140
WDF/ljo                         Attorneys for Plaintiff