**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**ENTRY OF APPEARANCE**

to be served upon:

Kathleen Furey McDonough, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

by mailing copies and by e-filing at the address shown above, postage prepaid on 2/11/08.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 2/11/08
WDF/ljo