IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-804-SLR/LPS |
| | ) | |
| DELAWARE STATE UNIVERSITY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this *11th* day of February, 2008,

IT IS ORDERED that the above captioned case is hereby referred to Magistrate

Judge Leonard P. Stark.  Consistent with 28 U.S.C. § 636(b), Judge Stark shall conduct

all proceedings, and hear and determine all motions,[1] through and including the pretrial

conference.[2]  The above caption shall be used in all subsequent filings in this action.

_____
United States District Judge

---

[1]Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

[2]With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.