NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
RYAN C. MEADOWS
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
OF COUNSEL

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

February 19, 2008


The Honorable Leonard P. Stark
U.S. District Court
District of Delaware
844 North King Street
Room 4209, Lock Box 26
Wilmington, DE 19801

**SENT VIA CM/ECF AND FEDERAL EXPRESS**

RE: ANGELE A. OZOEMELAM v. DELAWARE STATE UNIVERSITY, et. al.,
    C.A. No. 07-804-SLR-LPS

Dear Judge Stark:

On behalf of Plaintiff Angele A. Ozoemelam, enclosed please find courtesy copies of the Plaintiff's Answering Brief In Opposition To Defendants' Motion To Disqualify Plaintiff's Counsel, Affidavit Of Noel E. Primos, Esquire In Opposition To Defendants' Motion To Disqualify, and the Affidavit Of William E. Thomas, Jr., which were e-filed under seal and served today.

Respectfully,

NOEL E. PRIMOS
Bar ID #3124

NEP/wsm

Enclosures
cc:  Clerk of the Court
     Sarah E. DiLuzio, Esquire