IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELE A. OZOEMELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-804 (SLR) |
| ) | |
| DELAWARE STATE UNIVERSITY, ) | **PUBLIC VERSION** |
| an institution of higher education and ) | |
| corporate body; ALLEN L. SESSOMS, ) | |
| individually and in his official capacity ) | |
| and as President of Delaware State ) | |
| University; MARK FARLEY, individually ) | |
| and in his official capacity as Vice President ) | |
| for Human Resources and Legislative ) | |
| Affairs of Delaware State University; ) | |
| and DONALD HENRY, individually and ) | |
| in his official capacity as Vice President ) | |
| for Business and Finance of Delaware ) | |
| State University, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR
MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

POTTER ANDERSON & CORROON LLP
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendants
Delaware State University, Allen Sessoms,
Mark Farley and Donald Henry*

Dated: February 1, 2008
Public Version Dated: February 21, 2008
849783

# TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES .................................................................................................... ii

NATURE AND STAGE OF PROCEEDINGS ........................................................................ 1

SUMMARY OF ARGUMENT ................................................................................................ 1

    I.   **REDACTED** ............................................................................................... 1

STATEMENT OF FACTS ....................................................................................................... 2

    A.  **REDACTED** ............................................................................................... 2

    B.  **REDACTED** ............................................................................................... 4

ARGUMENT ............................................................................................................................ 7

    I.   **REDACTED.** .............................................................................................. 7

    A.  **REDACTED** ............................................................................................... 7

    B.  **REDACTED** ............................................................................................. 12

CONCLUSION ...................................................................................................................... 12

# TABLE OF AUTHORITIES

**CASES**

|  | **Pages** |
|---|---|
| *Bowden v. KMart Corp.*, 1999 Del. Super. LEXIS 423 | 9 |
| *Cardona v. General Motors Corp.*, 942 F.Supp. 968 (D. N.J. 1996) | 10 |
| *Christian v. Delaware State Univ.*, 1998 WL 960718 (Del. Super.) | 2 |
| *Colorpix Systems of America v. Broan Mfg. Co., Inc.*, 131 F.Supp.2d 331 (D. Conn. 2001) | 10 |
| *Conley v. Chaffinch*, 431 F.Supp.2d 494 (D. Del. 2006) | 8, 9, 10 |
| *Delaware State Univ. Chapter of Am. Ass'n of Univ. Prof. v. Delaware State Univ.*, 1995 WL 523585 (Del. Ch. 1995) | 2 |
| *Delaware State Univ. Chapter of Am. Ass'n of Univ. Prof. v. Delaware State Univ.*, 813 A.2d 1133 (Del. 2003) | 2 |
| *In re Corn Derivatives*, 748 F.2d 157 (3d Cir. 1984) | 7 |
| *In re Meridian Automotive Systems-Composite Operations, Inc.*, 340 B.R. 740 (Bankr. D. Del. 2006) | 9 |
| *Kabi Pharmacia AB v. Alcon Surgical, Inc.*, 803 F. Supp. 957 (D. Del. 1992) | 11 |
| *Lamb-Bowman v. Delaware State Univ.*, 39 Fed. Appx. 748 (3d Cir. 2002) | 2 |
| *Morris v. Delaware State Univ.*, 2000 WL 33654063 (Del. Com. Pl.) | 2 |
| *Motley v. Delaware State University*, 2004 WL 1588317 (Del. Super.) | 3 |
| *Satellite Fin. Planning Corp. v. First Nat'l Bank of Wilmington*, 652 F. Supp. 1281 (D. Del. 1987) | 7, 8 |

*Underwriters v. Nalibotsky*,
    594 F. Supp. 1199 (E.D. Pa. 1984) ...................................................................................7

*United States v. Miller*,
    624 F.2d 1198 (3d Cir. 1980) ..........................................................................................6

*Webb v. E. I. du Pont de Nemours & Co.*,
    811 F. Supp. 158 (D. Del. 1992) ............................................................................8, 9, 10


**OTHER AUTHORITIES**

Local Rule 83.6(d)(2) ........................................................................................................11

Rule 1.9 .........................................................................................................................6, 10

Rule 1.9(c) .........................................................................................................................11

Rule 1.10 ...........................................................................................................................11

## NATURE AND STAGE OF PROCEEDINGS

# REDACTED IN ITS ENTIRELY
### SUMMARY OF ARGUMENT

# REDACTED IN ITS ENTIRELY
### STATEMENT OF FACTS

A. # REDACTED IN ITS ENTIRELY
B. # REDACTED IN ITS ENTIRELY
### ARGUMENT

I. # REDACTED IN ITS ENTIRELY
A. # REDACTED IN ITS ENTIRELY
1. # REDACTED IN ITS ENTIRELY
B. # REDACTED IN ITS ENTIRELY

### CONCLUSION

**REDACTED** Defendants Delaware State University and the Individual Defendants therefore respectfully request that the Court disqualify and order the withdrawal of the law firm of Schmittinger & Rodriguez, P. A. and the individual attorneys involved from representation of plaintiff Angele Ozoemelam from all further proceedings in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _/s/ Sarah E. DiLuzio_
    Kathleen Furey McDonough (#2395)
    Sarah E. DiLuzio (#4085)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, Delaware 19801
    (302) 984-6000

Attorneys for Defendants
Delaware State University, Allen Sessoms,
Mark Farley and Donald Henry

Dated: February 1, 2008
Public Version Dated: February 21, 2008
849783

2

## CERTIFICATE OF SERVICE

I hereby certify this 21st day of February, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S State Street
P.O. Box 497
Dover, Delaware 19903

*/s/ Kathleen Furey McDonough*
Kathleen Furey McDonough (#2395)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com