IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-804 (SLR) |
| | ) | |
| DELAWARE STATE UNIVERSITY, | ) | |
| an institution of higher education and | ) | PUBLIC VERSION |
| corporate body; ALLEN L. SESSOMS, | ) | |
| individually and in his official capacity | ) | |
| and as President of Delaware State | ) | |
| University; MARK FARLEY, individually | ) | |
| and in his official capacity as Vice President | ) | |
| for Human Resources and Legislative | ) | |
| Affairs of Delaware State University; | ) | |
| and DONALD HENRY, individually and | ) | |
| in his official capacity as Vice President | ) | |
| for Business and Finance of Delaware | ) | |
| State University, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF MARK FARLEY
IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY**

# REDACTED IN ITS ENTIRELY

Dated: February 1, 2008
Public Version Dated: February 21, 2008

# EXHIBIT A

**REDACTED IN ITS ENTIRELY**

# EXHIBIT B

**REDACTED IN ITS ENTIRELY**

# EXHIBIT C

**REDACTED IN ITS ENTIRELY**

## **CERTIFICATE OF SERVICE**

I hereby certify this 21st day of February, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S State Street
P.O. Box 497
Dover, Delaware 19903

Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, Delaware 19899

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
sdiluzio@potteranderson.com