

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

March 3, 2008

**By CM/ECF and Hand Delivery**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

      Re:   Ozoemelam v. Delaware State University, et. al.,
            C.A. No. 07-804 (SLR/LPS)

Dear Judge Stark:

    Pursuant to Rule 7.1.4 of the Local Rules of Civil Procedure, Defendants Delaware State University, Allen Sessoms, Mark Farley and Donald Henry hereby request oral argument on their Motion to Disqualify Plaintiff's Counsel.

    Counsel are available at the Court's convenience should Your Honor have any questions.

                                Respectfully,

                                Sarah E. DiLuzio
                                (Delaware Bar I.D. 4085)

cc:  Clerk of the Court (by CM/ECF)
      Noel E. Primos, Esquire (by CM/ECF)

852451