## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANGELE A. OZOEMELAM,               )
                                   )
            Plaintiff,             )
                                   )
        v.                         )       C.A. No.   07-804 (SLR/LPS)
                                   )
DELAWARE STATE UNIVERSITY,         )
an institution of higher education and   )   **PUBLIC VERSION**
corporate body; ALLEN L. SESSOMS,  )
individually and in his official capacity  )
and as President of Delaware State  )
University; MARK FARLEY, individually  )
and in his official capacity as Vice President  )
for Human Resources and Legislative  )
Affairs of Delaware State University;  )
and DONALD HENRY, individually and  )
in his official capacity as Vice President  )
for Business and Finance of Delaware  )
State University,                  )
                                   )
            Defendants.            )

## DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF THEIR
## MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

POTTER ANDERSON & CORROON LLP
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendants*
*Delaware State University, Allen Sessoms,*
*Mark Farley and Donald Henry*

Dated: February 29, 2008
Public Version Dated: March 6, 2008
852998

## TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES ............................................................................................................ ii

ARGUMENT................................................................................................................................1

I.      **REDACTED** ......................................................................................................................1

    A.      **REDACTED** ........................................................................................................1

    B.      **REDACTED** ........................................................................................................3

II.     **REDACTED**. ....................................................................................................................5

III.    **REDACTED**. ....................................................................................................................7

CONCLUSION............................................................................................................................8

# TABLE OF AUTHORITIES

**CASES**                                                                                                      **PAGES**

*Conley v. Chaffinch,*
    431 F. Supp.2d 494 (D. Del. 2006)............................................................................3, 5, 6

*Delaware State College v. Ricks,*
    *449 U.S. 250 (1980)* ...............................................................................................1

*McKay v. Delaware State Univ.,*
    2000 U.S. Dist. Lexis 14653  (D. Del. 2000)......................................................................4

*Ricks v. Delaware State College,*
    1978 U.S. Dist. LEXIS 15789 (D. Del. Oct.16, 1978) ......................................................2

*Satellite Fin. Planning Corp. v. First Nat'l Bank of Wilmington,*
    652 F. Supp. 1281 (D. Del. 1987)......................................................................................4


**OTHER AUTHORITIES**

Local Rule 83.6(d) ...................................................................................................................3

Rule 1.9...................................................................................................................................5, 8

Rule 1.10.................................................................................................................................5

<u>ARGUMENT</u>

## I. REDACTED IN ITS ENTIRETY

### A. REDACTED IN ITS ENTIRETY

### B. REDACTED IN ITS ENTIRETY

## II. REDACTED IN ITS ENTIRETY

## III. REDACTED IN ITS ENTIRETY

<u>CONCLUSION</u>

Based on the forgoing, as well as the arguments set forth in Defendants' opening brief, Defendants Delaware State University and the Individual Defendants respectfully request that the Court disqualify and order the withdrawal of the law firm of Schmittinger & Rodriguez, P. A. and the individual attorneys involved from representation of plaintiff Angele Ozoemelam from all further proceedings in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
        Kathleen Furey McDonough (#2395)
        Sarah E. DiLuzio (#4085)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, Delaware 19801
        (302) 984-6000

Attorneys for Defendants
Delaware State University, Allen Sessoms,
Mark Farley and Donald Henry

Dated: February 29, 2008
Public Version Dated: March 6, 2008
852998

## CERTIFICATE OF SERVICE

I hereby certify this 6th day of March, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S State Street
P.O. Box 497
Dover, Delaware 19903

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
sdiluzio@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANGELE A. OZOEMELAM,                     )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )    C.A. No.  07-804 (SLR/LPS)
                                         )
DELAWARE STATE UNIVERSITY,               )
an institution of higher education and   )    **PUBLIC VERSION**
corporate body; ALLEN L. SESSOMS,        )
individually and in his official capacity )
and as President of Delaware State        )
University; MARK FARLEY, individually    )
and in his official capacity as Vice President )
for Human Resources and Legislative       )
Affairs of Delaware State University;     )
and DONALD HENRY, individually and        )
in his official capacity as Vice President )
for Business and Finance of Delaware      )
State University,                         )
                                         )
                    Defendants.          )

## SUPPLEMENTAL AFFIDAVIT OF MARK FARLEY
## IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY

Dated: February 29, 2008
Public Version Dated: March 6, 2008
853204

REDACTED IN ITS ENTIRETY

# EXHIBIT A

# REDACTED IN ITS ENTIRETY

# EXHIBIT B

REDACTED IN ITS ENTIRETY

# EXHIBIT C

# REDACTED IN ITS ENTIRETY

# EXHIBIT D

REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify this 6th day of March, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S State Street
> P.O. Box 497
> Dover, Delaware 19903

> /s/ Sarah E. DiLuzio
> Sarah E. DiLuzio (#4085)
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> Hercules Plaza, 6th Floor
> Wilmington, DE 19801
> (302) 984-6000
> sdiluzio@potteranderson.com