# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]   DATE 3/31/08

NAME OF SERVER (PRINT): Harold K. Brode

TITLE: Investigator (Schmittinger & Rodriguez Law Firm)

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
104 Bayard Ave, Dover, Del 19901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Donald Henry

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 3/31/08

Signature of Server: Harold K. Brode

Address of Server: 414 S. State Street, Dover, Del 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.