IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | * | C.A. No.: 07-804-SLR/LPS |
| Plaintiff, | * | |
| v. | * | |
| DELAWARE STATE UNIVERSITY, et al., | * | **PUBLIC VERSION** |
| Defendants. | * | |

<u>**PLAINTIFF'S ANSWERING BRIEF
IN OPPOSITION TO DEFENDANTS' MOTION
TO DISQUALIFY PLAINTIFF'S COUNSEL**</u>

                                          SCHMITTINGER & RODRIGUEZ, P.A.
                                          Noel E. Primos, Esquire
                                          Bar I.D. #3124
                                          414 South State Street
                                          P.O. Box 497
                                          Dover, Delaware 19903
                                          (302) 674-0140
                                          Attorney for Plaintiff

Dated: February 19, 2008

Public Version Dated: April 7, 2008

**REDACTED IN ITS ENTIRETY**

**REDACTED IN ITS ENTIRETY**

# TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . ii

STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDINGS (**REDACTED**) 1

SUMMARY OF ARGUMENT **(REDACTED)** . . . . . . . . . . . . . . . . . 2

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . 3

    A. **REDACTED** . . . . . . . . . . . . . . . . . . . . . . . . 3

    B. **REDACTED** . . . . . . . . . . . . . . . . . . . . . . . . 5

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

I.    **REDACTED** . . . . . . . . . . . . . . . . . . . . . . . . . 8

    A.    **REDACTED** . . . . . . . . . . . . . . . . . . . . . . 8

    B.    **REDACTED** . . . . . . . . . . . . . . . . . . . . . . 10

    C.    **REDACTED** . . . . . . . . . . . . . . . . . . . . . . 11

II.   **REDACTED** . . . . . . . . . . . . . . . . . . . . . . . . . 15

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

## TABLE OF AUTHORITIES

**CASES**                                                                                                      **PAGES**

*Conley v. Chaffinch*,
    431 F. Supp. 2D 494 (D. Del. 2006) . . . . . . . . . . 3, 5, 6

*Delaware State College v. Ricks*,
    449 U.S. 250 (1980) . . . . . . . . . . . . . . . . . . . . 1

*McKay v. Delaware State Univ.*,
    2000 U.S. Dist. Lexis 14653 (D. Del. 2000) . . . . . . . . . 4

*Ricks v. Delaware State College*,
    1978 U.S. Dist. LEXIS 15789 (D. Del. Oct. 16, 1978) . . . . 2

*Satellite Fin. Planning Corp. v. First Nat'l Bank of Wilmington*,
    652 F. Supp. 1281 (D. Del. 1987) . . . . . . . . . . . . . 4


**OTHER AUTHORITIES**

Local Rule 83.6(d) . . . . . . . . . . . . . . . . . . . . . . . 3

Rule 1.9 . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 8

Rule 1.10 . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDINGS**
**(REDACTED IN ITS ENTIRETY)**

**SUMMARY OF ARGUMENT**
**(REDACTED IN ITS ENTIRETY)**

**STATEMENT OF FACTS**

A. REDACTED IN ITS ENTIRETY
B. REDACTED IN ITS ENTIRETY

**ARGUMENT**

I. REDACTED IN ITS ENTIRETY

   A. REDACTED IN ITS ENTIRETY
   B. REDACTED IN ITS ENTIRETY
   C. REDACTED IN ITS ENTIRETY

II. REDACTED IN ITS ENTIRETY

**CONCLUSION**

In conclusion, for the foregoing reasons, this Court should deny the Motion to Disqualify of Defendants Delaware State University, Allen L. Sessoms, Mark Farley, and Donald Henry.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 South State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Plaintiff

Dated: February 29, 2008

Public Version Dated: April 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify this 7th day of April 2008, that the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading via CM/ECF:

KATHLEEN FUREY McDONOUGH, ESQUIRE
SARAH ELIZABETH DiLUZIO, ESQUIRE
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 South State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Plaintiff