IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | * | C.A. No.: 07-804-SLR/LPS |
| Plaintiff, | * | |
| v. | * | |
| DELAWARE STATE UNIVERSITY, et al., | * | **PUBLIC VERSION** |
| Defendants. | * | |

### AFFIDAVIT OF WILLIAM E. THOMAS, JR.

          SCHMITTINGER & RODRIGUEZ, P.A.
          Noel E. Primos, Esquire
          Bar I.D. #3124
          414 South State Street
          P.O. Box 497
          Dover, Delaware 19903
          (302) 674-0140
          Attorney for Plaintiff

Dated: February 19, 2008

Public Version Dated: April 7, 2008

**REDACTED IN ITS ENTIRETY**

Case 1:07-cv-00804-SLR-LPS    Document 28-2    Filed 04/07/2008    Page 1 of 1

**CERTIFICATE OF SERVICE**

I hereby certify this 7th day of April 2008, that the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading via CM/ECF:

KATHLEEN FUREY McDONOUGH, ESQUIRE
SARAH ELIZABETH DiLUZIO, ESQUIRE
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 South State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Plaintiff