## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANGELE A. OZOEMELAM,                    :
                                        :
                    Plaintiff,          :
                                        :
        v.                              :    Civ. No. 07-804-SLR-LPS
                                        :
DELAWARE STATE UNIVERSITY, et al.,      :
                                        :
                                        :
                    Defendants.         :

## ORDER

At Wilmington this **23rd** day of **June, 2008:**

        **IT IS ORDERED** that the Rule 16 scheduling teleconference set for June 27,

2008 at 10:00 a.m. with Magistrate Judge Stark is hereby **CANCELED**.

        IT IS FURTHER ORDERED that the Rule 16 scheduling teleconference is

rescheduled for July 14, 2008 at 1:00 p.m. **Plaintiff's counsel shall initiate the teleconference**

**call to 302-573-4573.** The parties shall follow the instructions regarding proposed dates

contained in the Order issued on May 29th, 2008.

        Delaware counsel are reminded of their obligations to inform out-of-state counsel

of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately

of any problems regarding compliance with this Order.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE