

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Kathleen Furey McDonough**
Partner
Attorney at Law
kmcdonough@potteranderson.com
302 984-6032 Direct Phone
302 778-6032 Fax

July 9, 2008

**By CM/ECF and Hand Delivery**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

    Re: Ozoemelam v. Delaware State University, et. al.,
      C.A. No. 07-804 (SLR/LPS)

Dear Judge Stark:

    Pursuant to the Court's Orders setting a Rule 16 scheduling teleconference in the above-referenced matter for July 14, 2008 (D.I. 36), and directing counsel to submit a proposed scheduling order (D.I. 35), I have enclosed a proposed scheduling order on behalf of Defendants. As the Court is aware, representation by Plaintiff's former counsel has been terminated and, to the best of our knowledge as of this date, Plaintiff is not currently represented by counsel. Although Gary W. Aber, Esquire has expressed an interest in representing Ms. Ozoemelam in this matter, no appearance has been entered by counsel for Plaintiff as of the date of this filing.

    Given the uncertainty regarding Mr. Aber's possible representation of Plaintiff, Defendants' counsel was not in a position to contact Ms. Ozoemelam directly in order to discuss the proposed dates to be submitted to the Court. Therefore, Defendants are filing their proposed scheduling order without input from the Plaintiff.

    Defendants are serving Plaintiff, at the address provided to the Court by his former counsel, and are also providing Mr. Aber with a copy of this letter and the proposed scheduling order.

July 9, 2008
Page 2

        Counsel are available at the Court's convenience, should Your Honor have any questions.

Very truly yours,

Kathleen Furey McDonough (#2395)

KFM/pwm:873405
Enclosures

cc:   Clerk of the Court (by CM/ECF)
      Mark Farley, Esquire (by e-mail)
      Sarah E. DiLuzio, Esquire (by e-mail)
      Angele A. Ozoemelam (by U.S. mail)
      Gary W. Aber, Esquire (by U.S. mail)