UNITED STAES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELE A. OZOEMELAM, | ) |
| plaintiff | ) C.A. No. 07-804 (SLR) |
| V. | ) |
| DEALWARE STATE UNIVERSITY, an institution of higher education and corporate body; ALLEN L. SESSOMS, individually and in his official capacity and as President of Delaware state University; MARK FARLEY, individually and in his official capacity as Vice President for Human Resources and Legislative Affairs of Delaware State University; and DONALD HENRY, individually and in his official capacity as Vice President for Business and Finance of Delaware State University | ) |
| defendant. | ) |

ENTRY OF APPEARANCE

Please enter the appearance of Gary W. Aber, of Aber, Baker, & Over, as attorney on behalf of and representing the plaintiff.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED: July 10, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was electronically filed via Pacer on July10, 2008.

> Kathleen Furey McDonough
> Potter Anderson & Corroon LLP
> 1313 N. Market Street, 6th Floor
> Wilmington DE  19801

> /s/ LEILANI D. MAYLE
> LEILANI D. MAYLE
> Secretary to Gary W. Aber, Esquire