IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-804-SLR/LPS |
| DELAWARE STATE UNIVERSITY, ET AL., | : | |
| Defendants | : | |

### ORDER

At Wilmington this **14th** day of **July, 2008**.

IT IS ORDERED that the Rule 16 scheduling teleconference has been re-scheduled for **July 18, 2008 at 11:00 a.m.** with Magistrate Judge Stark. Plaintiff's counsel shall initiate the teleconference call to 302-573-4573. Counsel shall confer regarding proposed dates in the scheduling order, and shall submit their proposal to the Court no later than **4:30 p.m. on July 17, 2008.**

IT IS FURTHER ORDERED that to the extent Plaintiff has decided that Timothy J. Wilson, Esq. will be representing her, Mr. Wilson shall enter his appearance on behalf of Plaintiff prior to the scheduling teleconference.

_____
UNITED STATES MAGISTRATE JUDGE