IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELE OZEMELAM, ) | |
| ) | Civil Action No. 1:07-cv-804 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELAWARE STATE UNIVERISTY, ) | |
| an institution of higher education and ) | |
| corporate body, ALLEN L. SESSOMS, ) | |
| individually and in his official capacity as ) | |
| President of Delaware State University, ) | |
| MARK FARLEY, individually and in his ) | |
| official capacity as Vice President for ) | |
| Human Resources and Legislative Affairs ) | |
| of Delaware State University and ) | |
| DONALD HENRY, individually and in ) | |
| his official capacity as Vice President for ) | |
| Business and Finance of Delaware ) | |
| State University, ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that GARY W. ABER hereby withdraws his appearance as counsel for the Plaintiff in the above-captioned matter and that TIMOTHY J. WILSON hereby enters his appearance on behalf of the Plaintiff in the above-captioned matter.

| ABER, GOLDLUST, BAKER & OVER | MARTIN & MARTIN & WILSON, P.A. |
|---|---|
| /s/ *Gary W. Aber* | /s/ *Timothy J. Wilson* |
| **GARY W. ABER**      (Bar ID 754) | **TIMOTHY J. WILSON**      (Bar ID 4323) |
| 702 King Street, Suite 600 | 1508 Pennsylvania Avenue |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| 302-472-4900 | 302-777-4681 |

DATED: July 17, 2008