

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

July 17, 2008

**By CM/ECF and Hand Delivery**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

Re: Ozoemelam v. Delaware State University, et. al.,
C.A. No. 07-804 (SLR/LPS)

Dear Judge Stark:

Pursuant to the Court's Order of July 14, 2008, enclosed please find the parties' proposed scheduling order. The parties are in agreement with respect to the details and dates set forth in the proposed order.

Respectfully,

Sarah E. DiLuzio
(Delaware Bar I.D. 4085)

SED:pwm
Enclosure
cc: Clerk of the Court (by CM/ECF)
    Timothy J. Wilson, Esquire (by CM/ECF)

874747