**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANGELE A. OZOEMELAM, )<br>                 Plaintiff, )<br>    v. )<br>DELAWARE STATE UNIVERSITY, )<br>an institution of higher education and )<br>corporate body; ALLEN L. SESSOMS, )<br>individually and in his official capacity )<br>and as President of Delaware State )<br>University; MARK FARLEY, individually )<br>and in his official capacity as Vice President )<br>for Human Resources and Legislative )<br>Affairs of Delaware State University; )<br>and DONALD HENRY, individually and )<br>in his official capacity as Vice President )<br>for Business and Finance of Delaware )<br>State University, )<br>                 Defendants. ) | C.A. No.  07-804 (SLR/LPS) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Sarah E. DiLuzio of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of Defendant in connection with the captioned matter.

                                              POTTER ANDERSON & CORROON LLP

                                              By */s/ Sarah E. DiLuzio*
                                                   Kathleen Furey McDonough (#2395)
                                                   Sarah E. DiLuzio (#4085)
                                                   Hercules Plaza, 6th Floor
                                                   1313 North Market Street
                                                   P.O. Box 951
                                                   Wilmington, DE  19899
                                                   (302) 984-6000
                                                   kmcdonough@potteranderson.com
                                                   sdiluzio@potteranderson.com

Dated:  July 17, 2008
871942

                                                 *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document has been filed and is available for viewing and downloading.

> Timothy J. Wilson, Esq.
> Martin & Wilson, P.A.
> 1508 Pennsylvania Ave.
> Wilmington, DE 19806

> */s/ Sarah E. DiLuzio*
> Sarah E. DiLuzio (#4085)
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> Hercules Plaza, 6th Floor
> Wilmington, DE 19801
> (302) 984-6000
> sdiluzio@potteranderson.com