
Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279  Direct Phone
302 658-1192  Fax

July 22, 2008

**By CM/ECF**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

Re:   Ozoemelam v. Delaware State University, et. al.,
      C.A. No. 07-804 (SLR/LPS)

Dear Judge Stark:

      Pursuant to the teleconference held July 18, 2008 in the above matter, enclosed for your Honor's review and signature is the final Proposed Scheduling Order.

Respectfully,

Sarah E. DiLuzio
(Delaware Bar I.D. 4085)

Enclosure
cc:   Clerk of the Court (by CM/ECF)
     Timothy Wilson, Esquire (by CM/ECF)

875308