IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELE A. OZOEMELAM, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-804-SLR-LPS |
| DELAWARE STATE UNIVERSITY, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **23rd** day of **July, 2008:**

**IT IS ORDERED** that this matter is referred to Magistrate Judge Mary Pat Thynge for the purposes of exploring the possibility of a settlement.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE