IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | ) | |
|               Plaintiff, | ) | |
| v. | ) | C.A. No. 07-804 (SLR/LPS) |
| DELAWARE STATE UNIVERSITY, an institution of higher education and corporate body; ALLEN L. SESSOMS, individually and in his official capacity and as President of Delaware State University; MARK FARLEY, individually and in his official capacity as Vice President for Human Resources and Legislative Affairs of Delaware State University; and DONALD HENRY, individually and in his official capacity as Vice President for Business and Finance of Delaware State University, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|              Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on the 18th day of August, 2008, a true and correct copy of DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A) was served U.S. First Class Mail, postage prepaid, on the following counsel of record:

    Timothy J. Wilson, Esq.
    Martin & Wilson, P.A.
    1508 Pennsylvania Ave.
    Wilmington, DE 19806

                            POTTER ANDERSON & CORROON LLP

                            By */s/ Sarah E. DiLuzio*
                                  Kathleen Furey McDonough (#2395)
                                  Sarah E. DiLuzio (#4085)
                                  Hercules Plaza, 6th Floor
                                  1313 North Market Street
                                  P.O. Box 951
                                  Wilmington, DE 19899
                                  (302) 984-6000

                                                                         kmcdonough@potteranderson.com  
Dated: August 19, 2008                              sdiluzio@potteranderson.com  
878978 / 30428-008

                                                                         *Attorney for Defendants*