IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELE OZOEMELAM, ) | |
| ) | Civil Action No. 1:07-cv-804 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DELAWARE STATE UNIVERISTY, ) | |
| ALLEN L. SESSOMS, individually and in ) | |
| his official capacity as President of ) | |
| Delaware State University, ) | |
| MARK FARLEY, individually and in his ) | |
| official capacity as Vice President for ) | |
| Human Resources and Legislative Affairs ) | |
| of Delaware State University and ) | |
| DONALD HENRY, individually and in ) | |
| his official capacity as Vice President for ) | |
| Business and Finance of Delaware ) | |
| State University, ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, Esquire, hereby certify that on August 19, 2008, two copies of

***Plaintiff's Initial Disclosures Pursuant To Rule 26(a)(1)*** were served by regular U. S. Mail to

the following:

> Kathleen Furey McDonough, Esquire
> Sarah E. DiLuzio, Esquire
> Potter, Anderson & Corroon, LLP
> Hercules Plaza, 6th Floor
> P. O. Box 951
> Wilmington, DE 19899

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson
TIMOTHY J. WILSON    (ID No. 4323)
JEFFREY K. MARTIN    (ID No. 2407)
1508 Pennsylvania Ave
Wilmington, DE 19806
302-777-4680
*Attorneys for the Plaintiff*

DATED: August 19, 2008